UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK L. GEARREN and JAN DEPERRY, on Behalf of Themselves and a Class of Persons Similarly Situated,

              Plaintiffs,

v.

THE MCGRAW-HILL COMPANIES, INC.; MARTY MARTIN; THE PENSION INVESTMENT COMMITTEE OF MCGRAW-HILL; ROBERT J. BAHASH; HENRY HIRSCHBERG; ALEX MATTURRI; JAMES H. MCGRAW, IV; DAVID L. MURPHY; JOHN C. WEISENSEEL; KATHLEEN A. CORBET; PHIL EDWARDS; THE BOARD OF DIRECTORS OF THE MCGRAW-HILL COMPANIES, INC.; PEDRO ASPE; SIR WINFRIED BISCHOFF; DOUGLAS N. DAFT; LINDA KOCH LORIMER; ROBERT P. MCGRAW; HAROLD MCGRAW, III; HILDA OCHOA-BRILLEMBOURG; SIR MICHAEL RAKE; JAMES H. ROSS; EDWARD B. RUST, JR.; KURT L. SCHMOKE; and, SIDNEY TAUREL,

              Defendants.

Civil Case No. 08-7890 (RJS)

---

## DECLARATION OF RUSSELL L. HIRSCHHORN

RUSSELL L. HIRSCHHORN declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am an associate at the law firm of Proskauer Rose LLP, attorneys for Defendants The McGraw-Hill Companies, Inc. ("McGraw-Hill" or the "Company"), Marty Martin, the Pension Investment Committee of McGraw-Hill, Robert J. Bahash, Henry Hirschberg, Alex Matturri, James H. McGraw, IV, David L. Murphy, John C. Weisenseel, Kathleen A. Corbet, Phil Edwards, the Board of Directors of McGraw-Hill, Pedro Aspe, Sir Winfried Bischoff, Douglas N. Daft, Linda Koch Lorimer, Robert P. McGraw, Harold McGraw,

- 2 -

III, Hilda Ochoa-Brillembourg, Sir Michael Rake, James H. Ross, Edward B. Rust, Jr., Kurt L. Schmoke and Sidney Taurel.

    2.    Annexed hereto as Exhibit A is a true and correct copy of Exhibit 13 to the Form 10-K filed by McGraw-Hill for the year ending December 31, 2007.

    3.    Annexed hereto as Exhibit B is a true and correct copy of the Company's 2008-2009 Investor Fact Book.

    4.    Annexed hereto as Exhibit C is a true and correct copy of the Summary Plan Description for the 401(k) Savings and Profit-Sharing Plan of The McGraw Hill Companies, Inc. and its Subsidiaries, effective January 1, 2008.

    5.    Annexed hereto as Exhibit D is a true and correct copy of Summary Plan Description for the Standard & Poor's 401(k) Savings and Profit-Sharing Plan for Represented Employees, effective January 1, 2008.

    6.    Annexed hereto as Exhibit E is a true and correct copy of the Summary Plan Description for the 401(k) Savings and Profit-Sharing Plan of The McGraw Hill Companies, Inc. and its Subsidiaries, effective January 1, 2004.

    7.    Annexed hereto as Exhibit F is a true and correct copy of the Summary Plan Description for the Standard & Poor's 401(k) Savings and Profit-Sharing Plan for Represented Employees, effective January 1, 2004.

    8.    Annexed hereto as Exhibit G is a true and correct copy of the 401(k) Savings and Profit-Sharing Plan of The McGraw Hill Companies, Inc. and its Subsidiaries (As Amended and Restated as of January 1, 2007) and amendments thereto.

    9.    Annexed hereto as Exhibit H is a true and correct copy of the Standard & Poor's 401(k) Savings and Profit-Sharing Plan for Represented Employees (As Amended and

Restated as of January 1, 2007) and amendments thereto.

10. Annexed hereto as Exhibit I is a true and correct copy of the Fund Fact Sheets for The McGraw-Hill Companies Stock Fund for the period September 30, 2006 through December 31, 2008.

11. Annexed hereto as Exhibit J is a true and correct copy of the "Summary Report of Issues Identified in the Commission Staff's Examinations of Select Credit Rating Agencies," dated July 2008.

12. Annexed hereto as Exhibit K is a true and correct copy of a news release entitled "The McGraw-Hill Companies Reports 2008 Earnings Per Share of $2.51, Including $0.14 Restructuring Charge," dated January 27, 2009.

13. Annexed hereto as Exhibit L is a true and correct copy of a news release entitled "The McGraw-Hill Companies Increases Dividend for the 36th Consecutive Year," dated January 28, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 5, 2009
New York, NY

RUSSELL L. HIRSCHHORN