Exhibit I



## Investment Management

### The McGraw-Hill Companies Stock Fund

**Investment Spectrum Within Plan**



Conservative                                                        Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | **The McGraw-Hill Companies Stock Fund** |
|---|---|---|---|---|---|---|---|---|---|

**Investment Description**
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

**Fund Performance**
Average annualized total returns for periods ended September 30, 2006:

|  | 3 Months | Year-to-Date | 1 Year | 3 Years | 5 Years |
|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | 15.82% | 13.38% | 22.24% | 24.80% | 16.62% |
| S&P 500 | 5.67% | 8.53% | 10.79% | 12.30% | 6.97% |

**Investor Profile**
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

**Portfolio Composition**
*(as of September 30, 2006)*



The McGraw
Hill Companies
stock 100.0%

**Asset Allocation[2]**
100% The McGraw-Hill Companies stock

**Fund Expenses[3] 0.13%**
Investment Management N/A
Trustee / Custody .02%
Recordkeeping .09%
Other .02%

**The McGraw-Hill Companies Stock Fund**
The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

***Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund***
Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

***Voting And Tender Rights For The McGraw-Hill Companies Stock Fund***
The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and

`The McGraw-Hill Companies Stock Fund

credited to participant accounts for which no instructions as to tendering or exchanging have been received, will not be tendered or exchanged.

### What are common stocks?

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of June 30, 2006 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

The McGraw-Hill Companies Stock Fund



## Investment Management

### The McGraw-Hill Companies Stock Fund

**Investment Spectrum Within Plan**



Conservative ........................................................................................................ Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Fund | S&P 600 SmallCap Index Fund | The McGraw-Hill Companies Stock Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Investment Description**
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

**Fund Performance**
Average annualized total returns for periods ended December 31, 2006:

| | 3 Months | Year-to-Date | 1 Year | 3 Years | 5 Years |
|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | 17.35% | 33.06% | 33.06% | 26.43% | 19.11% |
| S&P 500 | 6.70% | 15.80% | 15.80% | 10.44% | 6.19% |

**Investor Profile**
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

PA001133

The McGraw-Hill Companies Stock Fund

**Portfolio Composition**
*(as of December 31, 2006)*



Cash Reserve
1.8%

The McGraw-Hill
Companies
Stock 98.2%

**Asset Allocation**
The McGraw-Hill Companies stock 98.2%
Cash Reserve 1.8%

**Fund Expenses** 0.11%
Trustee /Custody 0.01%
Recordkeeping 0.09%
Other 0.01%

### The McGraw-Hill Companies Stock Fund

The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

### Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund

Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

### Voting And Tender Rights For The McGraw-Hill Companies Stock Fund

The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or exchanging have been received, will not be tendered or exchanged.

### What are common stocks?

PA001134

The McGraw-Hill Companies Stock Fund

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1. Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2. Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3. The Fund expenses shown include fees as of December 31, 2006 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

**McGraw-Hill Intranet Home**

PA001135



## Investment Management

### The McGraw-Hill Companies Stock Fund

**Investment Spectrum Within Plan**



| Money Market Fund | Stable Assets Fund | Ret. Assets III | Ret. Assets II | Ret. Assets I | S&P 500 Index | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P SmallCap 600 Index Fund | The McGraw-Hill Companies Stock Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Investment Description**
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

**Fund Performance**
Average annualized total returns for periods ended March 31, 2007:

|  | 3 Months | Year-to-Date | 1 Year | 3 Years | 5 Years |
|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund[1]** | (7.47)% | (7.47)% | 10.08% | 19.62% | 14.60% |
| S&P 500 | 0.64% | 0.64% | 11.83% | 10.06% | 6.27% |

**Investor Profile**
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

PA001136

**Portfolio Composition**
*(as of March 31, 2007)*



## The McGraw-Hill Companies Stock Fund

The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

### *Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund*

Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

### *Voting And Tender Rights For The McGraw-Hill Companies Stock Fund*

The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or exchanging have been received, will not be tendered or exchanged.

### *What are common stocks?*

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of March 31, 2007 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

**McGraw-Hill Intranet Home**



## Investment Management

### The McGraw-Hill Companies Stock Fund

**Investment Spectrum Within Plan**



Conservative                                                                          Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P SmallCap 600 Index Fund | The McGraw-Hill Companies Stock Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Investment Description**
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

**Fund Performance**
Average annualized total returns for periods ended June 30, 2007:

|  | 3 Months | Year-to-Date | 1 Year | 3 Years | 5 Years |
|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | 8.13% | 0.05% | 35.99% | 22.39% | 19.42% |
| S&P 500 | 6.28% | 6.96% | 20.59% | 11.68% | 10.71% |

**Investor Profile**
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

PA001139

**Portfolio Composition**
*(as of June 30, 2007)*



**The McGraw-Hill Companies Stock Fund – Target Allocation 99.5%**
The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

**The Northern Trust Company ("Northern Trust") – Target Allocation 0.5%**
**Investment Strategy:** Northern Trust's portfolio is a short-term investment fund, whose portfolio characteristics resemble that of a money market fund. It invests in securities that are rated at least A1/P1 by S&P / Moody's. The investments are intended to remain liquid in order to facilitate the redemption and transfer of assets by Savings Plan participants and also meet minimum cash requirements negotiated into the wrapper contracts.

*Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund*
Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

*Voting And Tender Rights For The McGraw-Hill Companies Stock Fund*
The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have

been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or exchanging have been received, will not be tendered or exchanged.

### What are common stocks?

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of June 30, 2007 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

**McGraw-Hill Intranet Home**



# Investment Management

## The McGraw-Hill Companies Stock Fund

**Investment Spectrum Within Plan**



Conservative                                                                  Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P SmallCap 600 Index Fund | **The McGraw-Hill Companies Stock Fund** |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Investment Description
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

### Fund Performance
Average annualized total returns for periods ended September 30, 2007:

|  | 3 Months | YTD | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | (25.07%) | (25.03%) | 33.06% | 14.52% | 32.63% | 17.88% | 0.64% |
| S&P 500 | 2.03%% | 9.13% | 15.79% | 4.91% | 10.88% | 28.68% | (22.10%) |

### Investor Profile
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

### About the Fund
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

**Portfolio Composition**
*(as of September 30, 2007)*



**Northern Trust STIF 0.5%**

**The McGraw-Hill Companies Stock 99.5%**

Asset Mix[2]
The McGraw-Hill Companies stock 99.5%
Money Market 0.5%

Fund Expenses[3] 0.13%
Recordkeeping and other 0.13%

## The McGraw-Hill Companies Stock Fund – Target Allocation 99.25%

The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

## The Northern Trust Company ("Northern Trust") - Target Allocation 0.75%

**Investment Strategy:** Northern Trust's Short-Term Investment Fund portfolio characteristics resemble that of a money market fund. It invests in securities that are rated at least A1/P1 by S&P / Moody's. The investments are intended to remain liquid in order to facilitate the redemption and transfer of assets by Savings Plan participants and also meet minimum cash requirements negotiated into the wrapper contracts.

## Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund

Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

## Voting And Tender Rights For The McGraw-Hill Companies Stock Fund

The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting

instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or exchanging have been received, will not be tendered or exchanged.

### *What are common stocks?*

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of September 30, 2007 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

**McGraw-Hill Intranet Home**



# The McGraw-Hill Savings Plan Fund Fact Sheet

### The McGraw-Hill Savings Plan*

*The McGraw-Hill Savings Plan refers to the 401(k) Savings and Profit Sharing Plan of The McGraw-Hill Companies, Inc. and It's Subsidiaries and Standard & Poor's 401(k) Savings and Profit Sharing Plan for Represented Employees.

This document is part of a prospectus covering securities that have been registered under the Securities Act of 1933, as amended.

The Summary Plan Description for the McGraw-Hill Savings Plan serves as the prospectus for shares of The McGraw-Hill Companies, Inc. stock held in the McGraw-Hill Savings Plan.

### The McGraw-Hill Companies Stock Fund

#### Investment Spectrum Within Plan



Conservative                                                                       Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets III | Ret. Assets II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P SmallCap 600 Index Fund | The McGraw-Hill Companies Stock Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|

#### Investment Description
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

#### Fund Performance
Average annualized total returns for periods ended December 31, 2007:

|  | 3 Months | YTD | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | (13.89%) | (35.44%) | 33.06% | 14.52% | 32.63% | 17.88% | 0.64% |
| S&P 500 | (3.33%) | 5.49% | 15.79% | 4.91% | 10.88% | 28.68% | (22.10%) |

#### Investor Profile
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of

PA001145

The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

**About the Fund**

The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

**Portfolio Composition**
*(as of December 31, 2007)*



Northern Trust
STIF 0.5%

The McGraw-Hill Companies Stock 99.5%

Asset Mix[2]
The McGraw-Hill Companies stock 99.5%
Money Market 0.5%

Fund Expenses[3] 0.13%
Recordkeeping and other 0.13%

**The McGraw-Hill Companies Stock Fund – (target allocation 99.25%)**

The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

**The Northern Trust Company ("Northern Trust") – (target allocation 0.75%)**

**Investment Strategy:** Northern Trust's Short-Term Investment Fund portfolio characteristics resemble that of a money market fund. It invests in securities that are rated at least A1/P1 by S&P / Moody's. The investments are intended to remain liquid in order to facilitate the redemption and transfer of assets by Savings Plan participants and also meet minimum cash requirements negotiated into the wrapper contracts.

**Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund**

Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential.

PA001146

Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

### Voting And Tender Rights For The McGraw-Hill Companies Stock Fund

The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or exchanging have been received, will not be tendered or exchanged.

### What are common stocks?

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of December 31, 2007 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

### McGraw-Hill Intranet Home



# The McGraw-Hill Savings Plan Fund Fact Sheet

### The McGraw-Hill Savings Plan*

*The McGraw-Hill Savings Plan refers to the 401(k) Savings and Profit Sharing Plan of The McGraw-Hill Companies, Inc. and Its Subsidiaries and Standard & Poor's 401(k) Savings and Profit Sharing Plan for Represented Employees.

This document is part of a prospectus covering securities that have been registered under the Securities Act of 1933, as amended.

The Summary Plan Description for the McGraw-Hill Savings Plan serves as the prospectus for shares of The McGraw-Hill Companies, Inc. stock held in the McGraw-Hill Savings Plan.

### The McGraw-Hill Companies Stock Fund

### Investment Spectrum Within Plan



Conservative — Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P SmallCap 600 Index Fund | The McGraw-Hill Companies Stock Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Investment Description
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

### Fund Performance
Average annualized total returns for periods ended March 31, 2008:

| | 3 Months | YTD | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | (15.47)% | (15.47)% | (35.44)% | 33.06% | 14.52% | 32.63% | 17.88% |
| S&P 500 | (9.44)% | (9.44)% | 5.49% | 15.79% | 4.91% | 10.88% | 28.68% |

### Investor Profile
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The

PA001148

McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

**Portfolio Composition**
*(as of March 31, 2008)*



Northern Trust STIF 0.9%

The McGraw-Hill Companies Stock 99.1%

Asset Mix[2]
The McGraw-Hill Companies stock 99.1%
Money Market 0.9%

Fund Expenses[3] 0.09%
Recordkeeping and other 0.09%

**The McGraw-Hill Companies Stock Fund (target allocation 99.25%)**
The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

**The Northern Trust Company ("Northern Trust") (target allocation 0.75%)**
**Investment Strategy:** Northern Trust's Short-Term Investment Fund portfolio characteristics resemble that of a money market fund. It invests in securities that are rated at least A1/P1 by S&P / Moody's. The investments are intended to remain liquid in order to facilitate the redemption and transfer of assets by Savings Plan participants and also meet minimum cash requirements negotiated into the wrapper contracts.

*Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund*
Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-

Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

### Voting And Tender Rights For The McGraw-Hill Companies Stock Fund

The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or exchanging have been received, will not be tendered or exchanged.

### What are common stocks?

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of March 31, 2008 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

### McGraw-Hill Intranet Home

PA001150

CORPO... TREASURY

# The McGraw-Hill Savings Plan Fund Fact Sheet

## The McGraw-Hill Savings Plan*

*The McGraw-Hill Savings Plan refers to the 401(k) Savings and Profit Sharing Plan of The McGraw-Hill Companies, Inc. and Its Subsidiaries and Standard & Poor's 401(k) Savings and Profit Sharing Plan for Represented Employees.

This document is part of a prospectus covering securities that have been registered under the Securities Act of 1933, as amended.

The Summary Plan Description for the McGraw-Hill Savings Plan serves as the prospectus for shares of The McGraw-Hill Companies, Inc. stock held in the McGraw-Hill Savings Plan.

## The McGraw-Hill Companies Stock Fund

### Investment Spectrum Within Plan

Conservative ▬▬▬▬▬▬ Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P SmallCap 600 Index Fund | **The McGraw-Hill Companies Stock Fund** |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Investment Description
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

### Fund Performance
Average annualized total returns for periods ended June 30, 2008:

|  | 3 Months | YTD | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | 8.45% | (8.33)% | (35.44)% | 33.06% | 14.52% | 32.63% | 17.88% |
| S&P 500 | (2.73)% | (11.91)% | 5.49% | 15.79% | 4.91% | 10.88% | 28.68% |

### Investor Profile
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

PA001151

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

**Portfolio Composition**
*(as of June 30, 2008)*



Northern Trust
STIF 0.9%

The McGraw-Hill Companies Stock 99.1%

**Asset Mix[2]**
The McGraw-Hill Companies stock  99.1%
Money Market  0.9%

**Fund Expenses[3]  0.09%**
Recordkeeping and other  0.09%

**The McGraw-Hill Companies Stock Fund  (target allocation 99.25%)**
The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

**The Northern Trust Company ("Northern Trust")  (target allocation 0.75%)**
**Investment Strategy:**  Northern Trust's Short-Term Investment Fund portfolio characteristics resemble that of a money market fund.  It invests in securities that are rated at least A1/P1 by S&P / Moody's.  The investments are intended to remain liquid in order to facilitate the redemption and transfer of assets by Savings Plan participants and also meet minimum cash requirements negotiated into the wrapper contracts.

***Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund***
Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

***Voting And Tender Rights For The McGraw-Hill Companies Stock Fund***
The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionally in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or

PA001152

exchanging have been received, will not be tendered or exchanged.

### What are common stocks?
*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of June 30, 2008 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

**McGraw-Hill Intranet Home**



## The McGraw-Hill Savings Plan Fund Fact Sheet

### The McGraw-Hill Savings Plan*

*The McGraw-Hill Savings Plan refers to the 401(k) Savings and Profit Sharing Plan of The McGraw-Hill Companies, Inc. and Its Subsidiaries and Standard & Poor's 401(k) Savings and Profit Sharing Plan for Represented Employees.

This document is part of a prospectus covering securities that have been registered under the Securities Act of 1933, as amended.

The Summary Plan Description for the McGraw-Hill Savings Plan serves as the prospectus for shares of The McGraw-Hill Companies, Inc. stock held in the McGraw-Hill Savings Plan.

### The McGraw-Hill Companies Stock Fund

#### Investment Spectrum Within Plan

Conservative                                                          Aggressive

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P 600 SmallCap Index Fund | **The McGraw-Hill Companies Stock Fund** |
|---|---|---|---|---|---|---|---|---|---|---|---|

#### Investment Description
The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

#### Fund Performance
Average annualized total returns for periods ended September 30, 2008:

| | 3 Months | YTD | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund[1]** | (21.06)% | (27.63)% | (35.44)% | 33.06% | 14.52% | 32.63% | 17.88% |
| S&P 500 | (8.37)% | (19.29)% | 5.49% | 15.79% | 4.91% | 10.88% | 28.68% |

#### Investor Profile
**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

**Portfolio Composition**
*(as of September 30, 2008)*



Northern Trust
Government
STIF 0.9%

The McGraw-
Hill Companies
Stock 99.1%

Asset Mix[2]
The McGraw-Hill Companies stock  99.1%
Govt Short Term Investment Fund  0.9%

Fund Expenses[3]  0.11%
Recordkeeping and other  0.11%

**The McGraw-Hill Companies Stock Fund  (target allocation 99.25%)**
The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

**The Northern Trust Company ("Northern Trust")  (target allocation 0.75%)**
**Investment Strategy:**  Northern Trust's Short-Term Investment Fund portfolio characteristics resemble that of a money market fund.  It invests in securities that are rated at least A1/P1 by S&P / Moody's.  The investments are intended to remain liquid in order to facilitate the redemption and transfer of assets by Savings Plan participants and also meet minimum cash requirements negotiated into the wrapper contracts.

***Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund***
Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

***Voting And Tender Rights For The McGraw-Hill Companies Stock Fund***
The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or

The McGraw-Hill Companies Stock Fund

exchanging have been received, will not be tendered or exchanged.

### What are common stocks?

*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of September 30, 2008 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

**McGraw-Hill Intranet Home**



# The McGraw-Hill Savings Plan Fund Fact Sheet

## The McGraw-Hill Savings Plan*

*The McGraw-Hill Savings Plan refers to the 401(k) Savings and Profit Sharing Plan of The McGraw-Hill Companies, Inc. and Its Subsidiaries and Standard & Poor's 401(k) Savings and Profit Sharing Plan for Represented Employees.

This document is part of a prospectus covering securities that have been registered under the Securities Act of 1933, as amended.

The Summary Plan Description for the McGraw-Hill Savings Plan serves as the prospectus for shares of The McGraw-Hill Companies, Inc. stock held in the McGraw-Hill Savings Plan.

## The McGraw-Hill Companies Stock Fund

### Investment Spectrum Within Plan

Conservative ......................................................... **Aggressive**

| Money Market Fund | Stable Assets Fund | Ret. Assets Fund III | Ret. Assets Fund II | Ret. Assets Fund I | S&P 500 Index Fund | S&P MidCap 400 Index Fund | Core Equity Fund | Special Equity Fund | Int'l Equity Fund | S&P SmallCap 600 Index Fund | The McGraw-Hill Companies Stock Fund |

### Investment Description

The McGraw-Hill Companies Stock Fund seeks long-term capital appreciation by investing in the common stock of The McGraw-Hill Companies, Inc.

### Fund Performance

Average annualized total returns for periods ended December 31, 2008:

|  | 3 Months | YTD | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|
| **The McGraw-Hill Companies Stock Fund**[1] | (26.44)% | (46.76)% | (35.44)% | 33.06% | 14.52% | 32.63% | 17.88% |
| S&P 500 | (21.94)% | (37.00)% | 5.49% | 15.79% | 4.91% | 10.88% | 28.68% |

### Investor Profile

**Aggressive.** This Fund is appropriate for investors who wish to participate in the growth of The McGraw-Hill Companies. This Fund is well suited for the investor seeking capital appreciation, with a modest level of current income through dividends. Because this Fund invests in the common stock of one company, it has more risk than a diversified portfolio consisting of the stocks of many companies. This Fund may be used to round out a well-diversified portfolio. Your time horizon should be five years or more if you invest in this Fund. The Fund's future performance cannot be guaranteed.

The McGraw-Hill Companies Stock Fund

**About the Fund**
The McGraw-Hill Companies Stock Fund is comprised entirely of shares of the common stock of The McGraw-Hill Companies. Returns are achieved through appreciation in the stock's price and the collection of quarterly dividends. Some cash is held in the portfolio to facilitate withdrawals and transfers.

**Portfolio Composition**
*(as of December 31, 2008)*



Northern Trust
Government
STIF 0.7%

The McGraw-
Hill Companies
Stock 99.3%

Asset Mix[2]
The McGraw-Hill Companies stock  99.3%
Govt Short Term Investment Fund  0.7%

Fund Expenses[3]  0.10%
Recordkeeping and other  0.10%

**The McGraw-Hill Companies Stock Fund  (target allocation 99.25%)**
The portfolio holds only the common stock of The McGraw-Hill Companies. Common stocks are fractional shares of a corporation and owning those shares entitles a shareholder to certain rights. Among these rights are the right to a portion of the company's profits paid out to the shareholders (dividends), and the right to vote on important company issues and policies (voting by proxy). The Northern Trust Company, which acts as the Fund's Trustee, collects dividends due; informs participants of proxies; buys, sells, and safeguards the shares.

**The Northern Trust Company ("Northern Trust")  (target allocation 0.75%)**
**Investment Strategy:**  Northern Trust's Short-Term Investment Fund portfolio characteristics resemble that of a money market fund.  It invests in securities that are rated at least A1/P1 by S&P / Moody's.  The investments are intended to remain liquid in order to facilitate the redemption and transfer of assets by Savings Plan participants and also meet minimum cash requirements negotiated into the wrapper contracts.

***Confidentiality Procedures Regarding The McGraw-Hill Companies Stock Fund***
Confidentiality is achieved by limiting access to information. Only the recordkeeper and a limited number of employees of the Benefits Department have access to SIP/ERAP/EIP account information to determine if any participant has made or changed an investment election regarding The McGraw-Hill Companies stock. Both the recordkeeper and the employees of the Benefits Department are required to keep such information confidential. Confidentiality as to each participant's exercise of voting rights with respect to The McGraw-Hill Companies stock is achieved by having all information on voting received and processed by an independent party. The McGraw-Hill Companies Pension Investment Committee (1221 Avenue of the Americas; New York, New York 10020; (212) 512-2000) is responsible for monitoring compliance with these confidentiality procedures.

***Voting And Tender Rights For The McGraw-Hill Companies Stock Fund***
The Trustee, or a tabulating agent appointed by the Trustee or The McGraw-Hill Companies, Inc., will vote, tender or exchange shares of The McGraw-Hill Companies stock in accordance with the instructions received from participants in The McGraw-Hill Companies Stock Fund. Shares in The McGraw-Hill Companies Stock Fund that are credited to participant accounts and for which the Trustee does not receive instructions (including all unallocated shares) will be voted proportionately in the same manner as it votes the shares for which voting instructions have been received. However, shares of The McGraw-Hill Companies stock allocated and credited to participant accounts for which no instructions as to tendering or

exchanging have been received, will not be tendered or exchanged.

### What are common stocks?
*Common stocks are ownership shares in a corporation. They are sold initially by the corporation and then traded among investors. Investors who buy them expect dividends, which are their part of the profits, and hope that the price of the stock will go up so their initial investment will be worth more. Common stocks offer no performance guarantees. The risks taken by investing in common stocks are that the individual company will not do well, or that stock prices in general will weaken. At worst, it's possible to lose an entire investment, though not more than that. Shareholders are not responsible for corporate debts.*

1 Average annualized total returns for The McGraw-Hill Companies Stock Fund include change in share price, reinvestment of dividends and capital gains. Share price and return will vary. Returns are net of all expenses. Past performance is not a guarantee of future results and the investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost.

2 Investors should be advised that The McGraw-Hill Companies will maintain a separate cash reserve account (held in the Northern Trust STIF portfolio) of 1% to 3% of the Fund's assets to facilitate the redemption and transfer of assets by Fund participants.

3 The Fund expenses shown include fees as of December 31, 2008 levied for the investment management, the Trustee, custody, and administration of the Fund.

The investor profile descriptions do not constitute investment advice. Fund information should be read carefully before investing any money. The Fund's shares are not deposits or obligations of or guaranteed or endorsed by any bank or The McGraw-Hill Companies. In addition, the Fund's shares are not federally insured or guaranteed by the U.S. Government, the Federal Deposit Insurance Corporation (FDIC), the Federal Reserve Board or any other agency. Shares of the Fund involve investment risks, including the possible loss of principal.

**McGraw-Hill Intranet Home**