UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



|  |  |
|---|---|
| PATRICK L. GEARREN and JAN DEPERRY, on Behalf of Themselves and a Class of Persons Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>THE MCGRAW-HILL COMPANIES, INC.; THE PENSION INVESTMENT COMMITTEE OF MCGRAW-HILL; MARTY MARTIN; THE BOARD OF DIRECTORS OF THE MCGRAW-HILL COMPANIES, INC.; PEDRO ASPE; SIR WINFRIED BISCHOFF; DOUGLAS N. DAFT; LINDA KOCH LORIMER; ROBERT P. MCGRAW; HAROLD MCGRAW, III; HILDA OCHOA-BRILLEMBOURG; SIR MICHAEL RAKE; JAMES H. ROSS; EDWARD B. RUST, JR.; KURT L. SCHMOKE, SIDNEY TAUREL, and; JOHN DOES 1-20,<br><br>Defendants. | ECF Case<br><br>Case No. 1:08-cv-07890-RJS<br><br>Judge Richard J. Sullivan<br><br>**NOTICE OF APPEAL IN A CIVIL CASE** |

Notice is hereby given that Plaintiffs Patrick L. Gearren and Jan Deperry, on their own behalves and as representatives of a class of persons similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated and entered February 10, 2010, granting Defendants' motions to dismiss (Document 40), and from the Judgment in a Civil Case dated and entered on February 18, 2010 (Document 43).

Dated: March 3, 2010

STULL, STULL & BRODY

Edwin J. Mills (EM-7117)*
Michael J. Klein (MK-8187)
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Fax: (212) 490-2022

Major Khan (MK-5691)
MAJOR KHAN, LLC
20 Bellevue Street
Weehawken, NJ 07086
Telephone: (646) 546-5664
Facsimile: (646) 546-5755

*Attorneys for Plaintiffs Patrick L. Gearren and Jan Deperry*

---

\*     Appellate Counsel of record.

2

## CERTIFICATE OF SERVICE

I, Edwin J. Mills, hereby certify that on this 3rd day of March, 2010, a true and correct copy of the foregoing document was served on the below-listed counsels by overnight mail, addressed as follows:

>Russell L. Hirschhorn, Esq
>Proskauer Rose LLP
>1585 Broadway
>New York, NY 10036
>
>Floyd Abrams, Esq.
>Cahill Gordon & Reindel LLP
>Eighty Pine Street
>New York, NY 10005-1702

_____
Edwin J. Mills